UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE APPLICATION OF KAYLA YVETTE TUCKER
_________________________________/

Case No: 6:25-mc-17-JSS-RMN

**ORDER**

Pro se Applicant Kayla Tucker moved for the issuance of subpoenas pursuant to 28 U.S.C. § 1782 to seek discovery from AirBnb, Inc., VRBO (Expedia Group, Inc.), Meta Platforms, Inc. (Facebook and Instagram), Bank of America, N.A., Arvid Hvidsten, and Jacob William Paul Oakley for use in a foreign proceeding. (Dkt. 10). In addition to moving for the issuance of subpoenas pursuant to 28 U.S.C. § 1782, Applicant moved to proceed *in forma pauperis* (Dkt. 7) and for clarification or reconsideration regarding the deadline the Magistrate Judge Robert M. Norway imposed for her to refile her motion for issuance of subpoenas (Dkt. 11).

Magistrate Judge Norway reviewed all three of Applicant's motions and issued a report and recommendation that recommends denying Applicant's renewed motion for issuance of subpoena (Dkt. 10), denying as moot Applicant's motion for clarification or reconsideration (Dkt. 11), denying Applicant's revised motion to proceed *in forma pauperis* (Dkt. 7), and dismissing this case. (Dkt. 12). No party has filed objections to the recommendation, and the time to do so has passed. Upon consideration, the court adopts the recommendation.

After conducting a careful and complete review of the findings and recommendations made by a magistrate judge, a district judge "may accept, reject, or

modify, in whole or in part, the findings or recommendations." 28 U.S.C. § 636(b)(1); *accord* Fed. R. Civ. P. 72. A party must serve and file written objections to a magistrate judge's recommendation within fourteen days of being served with a copy of it, 28 U.S.C. § 636(b)(1)(C), and the failure to object in a timely fashion "waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions," 11th Cir. R. 3-1. A district judge must conduct a de novo review of any portion of the recommendation to which a timely objection is made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *United States v. Farias-Gonzalez*, 556 F.3d 1181, 1184 n.1 (11th Cir. 2009) ("A district court makes a de novo determination of those portions of a magistrate's report to which objections are filed."). In the absence of a specific objection, the district judge reviews any legal conclusions de novo. *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

Here, upon conducting a careful and complete review of the Magistrate Judge Norway's recommendation and giving de novo review to matters of law, the court agrees with the recommendation in full.

Accordingly:

1. Magistrate Judge Norway's recommendation (Dkt. 12) is **ADOPTED**.
2. Applicant's renewed motion for issuance of subpoena (Dkt. 10) is **DENIED**.
3. Applicant's motion for clarification or reconsideration (Dkt. 11) is **DENIED AS MOOT**.

4. Applicant's revised motion to proceed *in forma pauperis* (Dkt. 7) is **DENIED**.

5. This case is **DISMISSED**. The Clerk is **DIRECTED** to terminate all pending deadlines and to close this case.

**ORDERED** in Orlando, Florida, on August 27, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record